AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Delaware

**SEALED**

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.   19- 234 M |
| | ) | |
| INFORMATION ASSOCIATED WITH | ) | |
| RHBDC@ICLOUD.COM THAT IS STORED AT | ) | |
| PREMISES CONTROLLED BY APPLE, INC. | ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein

FILED

DEC - 5 2019

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein

~~SEALED~~ UNSEALED 1/26/24 KJK

**YOU ARE COMMANDED** to execute this warrant on or before ___Sept. 12, 2019___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     8/29/2019  3:20PM          _____
                                                                              *Judge's signature*

City and state:     Wilmington, Delaware          Honorable Sherry R. Fallon, U.S. Magistrate Judge
                                                                         *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>19- 234M | Date and time warrant executed:<br>8/30/2019 @ 7:21 AM | Copy of warrant ~~and inventory~~ left with:<br>APPLE, INC. |

Inventory made in the presence of :
ROBERT GEARHART, IRS-CI SPECIAL AGENT

Inventory of the property taken and name of any person(s) seized:

ONE HARDDRIVE CONTAINING INFORMATION
ASSOCIATED WITH THE APPLE, INC. ID AND
EMAIL ADDRESS OF RHBDC@ICLOUD.COM.

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  12/5/2019

_____
Executing officer's signature

Joseph A. Ziegler, Special Agent
Printed name and title

Sworn to and subscribed before me,
12-5-2019

Sherry R. Fallon
U.S. Magistrate Judge

## ATTACHMENT A

### Property to be Searched

This warrant applies to information associated with **rhbdc@icloud.com** that is

stored at premises owned, maintained, controlled, or operated by Apple, Inc., a company

headquartered at 1 Infinite Loop, Cupertino, CA 95014.

1

## ATTACHMENT B

### Particular Things to be Seized

I.     **Information to be disclosed by Apple, Inc. (the "Provider")**

For the time period January 2014 to the present, to the extent that the information

described in Attachment A is within the possession, custody, or control of the Provider,

regardless of whether such information is stored, held or maintained inside or outside of the

United States, and including any emails, records, files, logs, or information that has been deleted

but is still available to the Provider, or has been preserved pursuant to requests made under 18

U.S.C. § 2703(f) on or about April 11, 2019 and on or about July 11, 2019, the Provider is

required to disclose the following information to the government for each account or identifier

listed in Attachment A:

a.     The contents of all emails associated with the account, including stored or

preserved copies of emails sent to and from the account, draft emails, the source and destination

addresses associated with each email, the date and time at which each email was sent, and the

size and length of each email;

b.     All records or other information regarding the identification of the account, to

include full name, physical address, telephone numbers and other identifiers, records of session

times and durations, the date on which the account was created, the length of service, the IP

address used to register the account, log-in IP addresses associated with session times and dates,

account status, alternative email addresses provided during registration, methods of connecting,

log files, and means and source of payment (including any credit or bank account number);

c.     The types of service utilized;

2

d.      All records or other information stored at any time by an individual using the

account, including address books, contact and buddy lists, calendar data, pictures, and files;

All records pertaining to communications between the Provider and any person regarding the

account, including contacts with support services and records of actions taken. The Provider is

hereby ordered to disclose the above information to the government within **14 days** of issuance

of this warrant.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence, and instrumentalities of tax evasion (26 U.S.C. § 7201), willful failure to file tax returns and failure to pay income tax (26 U.S.C. § 7203), and willfully filing false tax returns (26 U.S.C. § 7206(1)), those violations involving Robert Hunter Biden or any entity he owns or controls, occurring after January 1, 2014, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) All financial and other bookkeeping information and records, including correspondence regarding the same;

(b) All records and information relating to federal, state, and foreign individual, corporate, employment and property taxes, including correspondence regarding the same;

(c) All records and information pertaining to personal and business expenditures including correspondence regarding the same;

(d) All records and information reflecting business operations and business ownership, including business incorporation documents, employment records, paychecks, business expenses, business income, investments, and work schedules, including correspondence regarding the same;

(e) Evidence indicating how and when the email account was accessed or used to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

(f) Evidence indicating the email account owner's state of mind as it relates to the crime under investigation; and

4

(g) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI or IRS-CI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.